**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis BARRIOS, Defendant–Appellant.**

No. 07–10924
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 17, 2008.

Thomas John Butler, Thomas Butler, P.A., Miami Beach, FL, Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Luis Barrios in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Barrios's sentence is **AFFIRMED.**